UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 14-21606-CIV-MORENO**

MAURICIO OBANDO,

    Petitioner,

vs.

JULIE JONES, Secretary, Florida Department of Corrections,

    Respondent.
_____/

## ORDER ADOPTING IN PART MAGISTRATE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on the Petition for Writ of Habeas Corpus **(D.E. No. 1)**, filed on **May 5, 2014**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 25)** on **June 16, 2015**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and the Respondent's Motion for Clarification **(D.E. No. 27)** filed on **June 24, 2015**. Being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 25)** is **AFFIRMED** and **ADOPTED** in part as set forth below. Accordingly, it is

**ADJUDGED** that Petitioner's claims as to case numbers F05-6478, F05-6482, F05-8370, F05-7562, and F05-103462 are DISMISSED as time barred. The Court does not issue a certificate of appealability as to these claims as there has been no "substantial showing of a denial of a

constitutional right." 28 U.S.C. § 2253(c)(2). It is also

**ADJUDGED** that with regard to case number F05-4402C, the Court adopts Magistrate Judge White's Report and Recommendation and finds that the petition for writ of habeas corpus is conditionally GRANTED based on the denial of Petitioner's right to appellate counsel as claimed in Ground Nine. The Court directs the State to reinstate the direct appeal within 60 days. The Court, however, grants the State's Motion for Clarification and strikes the language requiring the State to release the Petitioner from incarceration as the Petitioner is currently in custody on seven total cases and six of these cases are not affected by the Report and Recommendation, which have unaffected sentences of 10 to 20 years. Accordingly, Petitioner is not entitled to a release from incarceration. The Court therefore clarifies the language of the Report and Recommendation to exclude any release from custody.

DONE AND ORDERED in Chambers at Miami, Florida, this 7 day of July, 2015.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Patrick A. White

Counsel of Record

Mauricio Obando
DC#M22358
Santa Rosa Correctional Institution
5850 East Milton Road
Milton, FL 32583